NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROKSOLIANA DACHNIWSKYJ,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent,*

AND

**THERESA DACHNIWSKYJ,**
*Intervenor.*

---

2011-3158

---

Petition for review of the Merit Systems Protection Board in case no. CH0831100439-I-1.

---

## ON MOTION

---

## O R D E R

The Office of Personnel Management moves for an extension of time, until February 16, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

JAN 1 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Janice Lea Boback, Esq.
     Dmytro Kurywczak, Esq.
     Hillary A. Stern, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 7 2012

JAN HORBALY
- CLERK